THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYGRADE FOOD PRODUCTS CORPORATION, Appellant.

Argued October 9, 1945; decided October 26, 1945.

*Alfred J. Callahan* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (James Hall Prothero* and *Fred Iscol* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.